LOYD *et al.* *v.* WEBSTER *et al.*

:SIMMONS, C. J. Under the pleadings and the evidence, the original trustees of the charitable trust having died, the appointment of trustees in their stead was not erroneous for any of the reasons assigned. What are the rights of such trustees as against other parties is not, under the present record, before this court for decision. *Judgment affirmed. All the Justices concur.*

Argued June 3, — Decided June 26, 1903.

Equitable petition. Before Judge Reagan. Monroe superior ·court. October 9, 1902.

For another branch of this case see ante, 111.

*Persons & Persons* and *Cabaniss & Willingham,* for plaintiffs in error. *Robert L. Berner* and *Julian B. Williamson,* contra.